Dorrell R. COULTHRUST, Plaintiff–Appellant,

v.

Warden J. RASBEARY, Warden; Warden L. Bond, Warden; H. Bryan, Warden; J. Smith, Lieutenant, Defendants–Appellees.

No. 05–10568
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 21, 2006.

Dorrell R. Coulthrust, Cibola County Correctional Center, Milan, NM, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Dorrell R. Coulthrust, federal prisoner # 15382–016, appeals from the district court's interlocutory order denying his motion for reconsideration of the denial of his motions for leave to amend his complaint in his civil action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Coulthrust has not demonstrated that an order denying such a motion is an appealable interlocutory order. *See Briargrove Shopping Ctr. Joint Venture v. Pilgrim Enters., Inc.,* 170 F.3d 536, 538 (5th Cir.1999). Accordingly, this court lacks jurisdiction to entertain his appeal.

APPEAL DISMISSED FOR LACK OF JURISDICTION.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

